```
                    FILED
              CLERK U.S. DISTRICT COURT

                 MAY  9 2012

           CENTRAL DISTRICT OF CALIFORNIA
           BY                      DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 12-MJ-1143 |
| Plaintiff, ) | |
| vs. ) | ORDER OF DETENTION AFTER HEARING |
| ) | [Fed.R.Crim.P. 32.1(a)(6); |
| ELIZABETH AMELIA ALVAREZ ) | 18 U.S.C. 3143(a)] |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Southern District of CA for alleged violation(s) of the terms and conditions of ~~his~~/her [~~probation~~] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (✓)  The defendant has not met ~~his~~/her burden of establishing by clear and convincing evidence that ~~he~~/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on nature of alleged violations

and/or

B. (✓) The defendant has not met ~~his~~/her burden of establishing by clear and convincing evidence that ~~he~~/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: nature of alleged violations

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: May 8, 2012

Carla M. Woehrle
CARLA M. WOEHRLE
UNITES STATES MAGISTRATE JUDGE